**Lloyd P. Banker, appellant, v. Packard Motor Car Company of Chicago, appellee. Gen. No. 40,138.**

Heard in the third division of this court for the first district at the June term, 1938. Opinion filed November 30, 1938.

John A. Bloomingston, for appellant. Otto M. Hamer, for appellee; Chester D. Kern, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

**George W. Luck for use of Meta Bos, appellee, v. G. W. Luck, Inc., appellant. Gen. No. 40,152.**

Heard in the third division of this court for the first district at the June term, 1938. Opinion filed November 30, 1938.

Geier, Stevens & Pellicore, for appellant; George C. Geier, of counsel. Hummer & Hummer, for appellee; John S. Hummer and Laurence R. Van Ness, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

**Mary Graziani and Enrico Gattone, appellants, v. City of Chicago, appellee. Gen. No. 40,183.**

Heard in the third division of this court for the first district at the April term, 1938. Opinion filed November 30, 1938.

Irving Breakstone, for appellants; Howard F. Bishop, George A. Mason, Daniel S. Wentworth and Aaron Soble, of counsel. Barnet Hodes, Corporation Counsel, for appellee; Joseph F. Grossman, First Assistant Corporation Counsel, Arthur A. Sullivan and J. Herzl Segal, Assistant Corporation Counsel, of counsel.

Mr. Justice Hebel delivered the opinion of the court.